## DECEMBER 18, 1969

No. 895. CARPENTER *v.* COX ET AL. Sup. Ct. Tenn. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *William J. Harbison* for petitioner. *Charles L. Cornelius, Jr.,* for respondents.

## DECEMBER 19, 1969

No. 944. CARTER ET AL. *v.* WEST FELICIANA PARISH SCHOOL BOARD ET AL. C. A. 5th Cir. Motion for emergency reconsideration of granting of injunctive order [*ante,* p. 226] denied. *John F. Ward, Jr.,* on the motion.

## DECEMBER 22, 1969

No. 126, Misc. YATES *v.* KANSAS. Sup. Ct. Kan. Petition for writ of certiorari dismissed pursuant to Rule 60 of the Rules of this Court. *Kent Frizzell,* Attorney General of Kansas, and *J. Richard Foth* and *Ernest C. Ballweg,* Assistant Attorneys General, for respondent.

## JANUARY 8, 1970

No. 54. CAVITT *v.* NEBRASKA. Appeal from Sup. Ct. Neb. [Probable jurisdiction noted, 393 U. S. 1078.] Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Richard A. Huebner* for appellant. *Clarence A. H. Meyer,* Attorney General of Nebraska, and *Melvin Kent Kammerlohr,* Assistant Attorney General, for appellee.